**Omar Cruz RODRIGUEZ, Petitioner,**

v.

**Jeff B. SESSIONS, Attorney General, Respondent.**

**No. 15-72487**

United States Court of Appeals, Ninth Circuit.

Submitted February 14, 2017 *

Filed February 22, 2017

Ramiro Jose Lluis, Attorney, Law Offices of Ramiro J. Lluis, Los Angeles, CA, for Petitioner

Lisa Damiano, Trial Attorney, Anthony W. Norwood, Senior Litigation Counsel, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

MEMORANDUM **

Omar Cruz Rodriguez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's order of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss in part and deny in part the petition for review.

We lack jurisdiction to consider Cruz Rodriguez' collateral attack upon his California controlled substance conviction. *See Ramirez-Villalpando v. Holder*, 645 F.3d 1035, 1041 (9th Cir. 2011) (holding that petitioner could not collaterally attack his state court conviction on a petition for review of a BIA decision).

We lack jurisdiction to consider Cruz Rodriguez' eligibility for Deferred Action for Childhood Arrivals, *see Vilchiz-Soto v. Holder*, 688 F.3d 642, 644 (9th Cir. 2012) (order); 8 U.S.C. § 1252(g), and Cruz Rodriguez has not shown any error in the BIA's decision not to remand.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.